**Motion Granted; Order filed October 20, 2011.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-09-00227-CV

_____

**VERNON HEWITT, Appellant**

**V.**

**RYAN MARINE SERVICES, INC. AND THE RMS ORION, Appellees**

---

**On Appeal from the County Court at Law No. 2**
**Galveston County, Texas**
**Trial Court Cause No. 57,222**

---

## ORDER

The reporter's record in this case was originally due February 2, 2009.   *See* Tex. R. App. P. 35.1.   After several hearings before the trial court to determine whether portions of the record were lost and whether an accurate record could be filed, most of the reporter's record was filed by June 6, 2011.   At a hearing before the trial court on August 16, 2011, appellant claimed the transcript of a pretrial hearing had not been filed.   Sandra Powell, the court reporter, stated that the hearing had been transcribed, but needed to be proofread before it could be filed.

As of this date, the transcription of the pretrial hearing has not been filed. We therefore issue the following order.

We order Sandra Powell, the official court reporter, to file the record of the pretrial hearing in this appeal **on or before November 1, 2011.** If she does not timely file the record as ordered, we may issue a show cause order directing her to appear before this court on a date certain to show cause why she should not be held in contempt for failing to file the record as ordered. Contempt of court is punishable by a fine and/or confinement in jail.

Appellant's brief is due **November 15, 2011.**

PER CURIAM